

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHAWN TOMLIN                :    CIVIL ACTION
[EF-4270]               :
                        :
                        :    **FILED** MAR 22 2010
    v.                 :
                        :
RANDALL BRITTON, et al.     :    NO. 09-848

### ORDER

AND NOW, this   22nd   day of   March   , 2010, upon consideration

of the pleadings and the record herein, and after review of the Report and Recommendation of M.

Faith Angell, United States Magistrate Judge, it is hereby **ORDERED**, that:

    1. The Report and Recommendation is **APPROVED AND ADOPTED**.

    2. The Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. §2254, is ~~DENIED~~ JPF

~~AND~~ **DISMISSED AS TIME BARRED**.

    There is ~~no~~ probable cause to issue a certificate of appealability. ✱
         JPF

                       BY THE COURT:

                     _____
                     JOHN P. FULLAM,   J.

✱ CLOSE QUESTION AS TO EQUITABLE TOLLING
                             JPF

**ENTERED**
MAR 22 2010
**CLERK OF COURT**