IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN TOMLIN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RANDALL E. BRITTON, et al. | : | NO. 09-cv-00848-JF |

<u>ORDER</u>

AND NOW, this 27th day of May 2010, IT IS ORDERED:

That the respondents' Motion for Reconsideration of this Court's Order of March 19, 2010 is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.